Hanna Larsen (Utah #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tele: (801) 486-3161
hanna@suwa.org

*Attorney for Defendant-Intervenors*
*Southern Utah Wilderness Alliance et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EMERY COUNTY, UTAH (2), a political subdivision, and the STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE *et al.*,<br><br>Defendant-Intervenors. | Case No. 2:12-cv-00429-CW<br><br>District Judge Clark Waddoups<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Notice is hereby given of the entry of the undersigned as counsel for Defendan-

Intervenors Southern Utah Wilderness Alliance *et al.* in the above-titled action. Pursuant to

Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other materials

relevant to this action should be directed to and served upon:

2

Hanna Larsen
hanna@suwa.org
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111


DATED:   July 7, 2025

                                                            Respectfully submitted,

                                                            */s/ Hanna Larsen*
                                                            Hanna Larsen

## CERTIFICATE OF SERVICE

I certify that on July 7, 2025, I served a copy of the foregoing Notice of Appearance of Counsel via the Court's CM/ECF System, which will serve all counsel of record.

/s/ Hanna Larsen
Hanna Larsen